**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X
In re:

**EUREKA REALTY CORP,**  Case No. 24-43139 (NHL)

                Debtor  Chapter 11
---------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that Brett S. Silverman of Silverman Law PLLC d/b/a Concierge Law, hereby appears as counsel for HIrschmark Capital, a secured creditor of the above-captioned debtors, and pursuant to the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code, requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be given to and served upon him at the following address:

> Silverman Law PLLC d/b/a Concierge Law
> 4 Terry Terrace
> Livingston, New Jersey 07039
> Attn: Brett S. Silverman, Esq.
> brett@getconciergelaw.com

Dated: Livingston, New Jersey
       August 1, 2024

                              **Silverman Law PLLC**

                              By:  *s/ Brett S. Silverman*
                                 Brett S. Silverman
                             4 Terry Terrace
                             Livingston, New Jersey
                             646.779.7210
                             brett@getconciergelaw.com